[No. 23372-3-III.  Division Three.  June 22, 2006.]

THOMAS E. MYERS, *Respondent,* v. THE CITY OF CHENEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-03076-5, Salvatore F. Cozza, J., entered September 13, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 23664-1-III.  Division Three.  June 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK VINCENT BORUNDA, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03985-2, Salvatore F. Cozza, J., entered November 15, 2004. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 23755-9-III.  Division Three.  June 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TARINA LOUISE CAUVEL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02870-4, Michael P. Price, J., entered December 21, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 23978-1-III.  Division Three.  June 22, 2006.]

THE ESTATE OF KATHERINE M. HORST ET AL., *Appellants,* v. THE STATE OF WASHINGTON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Adams County, No. 03-2-00330-5, Adalia A. Hille, J. Pro Tem., entered February 15, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.